11th
Court of Appeals

                                                                  Eastland,
Texas

                                                             Memorandum
Opinion

 

Don Charles Sawyers

Appellant

Vs.                   No. 11-02-00356-CV B Appeal from Taylor County

Melissa Dawn Sawyers

Appellee

 

Appellant has filed in this court a motion to
dismiss his appeal.  Appellant states in
his motion that the parties have reached a settlement and compromise and that
he no longer desires to prosecute his appeal. 
The motion is granted.  TEX.R.APP.P.
42.1(a).

The appeal is dismissed.

 

PER CURIAM

February 20, 2003

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.